# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION AT KNOXVILLE

_____

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT EDWARD WALLEN, ) | Case No:   18-bk-30667-SHB |
| MISTY DAWN WALLEN, ) | |
| ) | Chapter 7 |
| Debtors. ) | |

_____

**ORDER – MOTION FOR CONTEMPT FOR VIOLATIONS OF THE AUTOMATIC STAY AGAINST ENRICHMENT FEDERAL CREDIT UNION**
_____

Upon the Motion for Contempt filed by the Debtors, by counsel, against Morristown Tire & Performance, this cause came for hearing on December 19, 2019 and the Court finds that Morristown Tire & Performance violated the automatic stay and/or the discharge injunction provisions of 11 U.S.C. §§ 362 and 524 and that the Debtors are entitled to actual damages, punitive damages pursuant to 11 U.S.C. §§ 362(k) and 105 and legal fees as stated above.

###

**APPROVED FOR ENTRY:**

**s/ John P. Newton, Jr., BPR # 010817**
**s/ Kevin S. Newton, BPR # 032713**
Law Offices of Mayer & Newton
Attorneys for Debtor
1111 Northshore Drive, Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111 Telephone