| | | |
|---|---|---|
| Label Matrix for local noticing<br>0649-3<br>Case 3:18-bk-30667-SHB<br>Eastern District of Tennessee<br>Knoxville<br>Mon Sep 30 12:25:28 EDT 2019 | Atlas Acquisitions<br>Attn: Avi Schild<br>294 Union Street<br>Hackensack, NJ 07601-4303 | Lowland Credit Union<br>c/o WS Massa, III<br>P.O. Box 1515<br>Morristown, TN 37816-1515 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 3<br>United States Bankruptcy Court<br>Howard H. Baker Jr. U.S. Courthouse<br>Suite 330, 800 Market Street<br>Knoxville, TN 37902-2343 | Account Resolution Team, Inc.<br>P.O. Box 1503<br>Morristown, TN 37816-1503 |
| Advance Financial 24/7<br>2222 W. Andrew Johnson Hwy.<br>Morristown, TN 37814-3206 | Advance Financial 24/7<br>ATTN: James Williams / Geneva Flores<br>100 Oceanside Drive<br>Nashville, TN 37204-2351 | Appalachian Electric Cooperative<br>P.O. Box 400<br>New Market, TN 37820-0400 |
| Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Badcock Home Furniture<br>119 Broadway Blvd., Ste. 2<br>Jefferson City, TN 37760 | Belk/SYNCB<br>P.O. Box 530940<br>Atlanta, GA 30353-0940 |
| Capital Bank<br>c/o Tek Collect<br>P.O. Box 26390<br>43226 | Capital One Bank<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Dr., Ste. #400<br>Valhalla, NY 10595-2322 | Chex Systems<br>Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Saint Paul, MN 55125-1595 | (p)SOUTHERN MANAGEMENT<br>PO BOX 1947<br>GREENVILLE SC 29602-1947 |
| Credit Central<br>2127 W. Andrew Johnson Hwy.<br>Morristown, TN 37814-3203 | Credit Collection Services<br>725 Canton Street<br>P.O. Box 607<br>Norwood, MA 02062-0607 | Credit One Bank<br>Bankruptcy Dept.<br>P.O. Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit Recovery Assoc.<br>P.O. Box 776<br>Mauldin, SC 29662-0776 | Crescent Bank & Trust<br>c/o Crescent Recovery, LLC<br>P.O. Box 1097<br>Chesapeake, VA 23327-1097 | Dixie Pawn Shop<br>215 E. Broadway Blvd.<br>Jefferson City, TN 37760-2851 |
| Ed Financial/Ed South<br>P.O. Box 36014<br>Knoxville, TN 37930-6014 | Fed Loan Servicing<br>P.O. Box 60610<br>Harrisburg, PA 17106-0610 | Fingerhut/Direct Marketing Inc./Webbank<br>P.O. Box 166<br>Newark, NJ 07101-0166 |
| First Premier Bank<br>900 Delaware, #7<br>Sioux Falls, SD 57104-0337 | First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | Ft. Sanders Regional Medical Center<br>Knoxville Business Office Services<br>1420 Centerpoint Blvd  Bldg C<br>Knoxville, TN 37932-1960 |

| | | |
|---|---|---|
| GECRB/SYNCB<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | Kenny L. Saffles, Esq.<br>Howard H. Baker Jr. US Courthouse<br>800 Market Street, #211<br>Knoxville, TN 37902-2342 | Kohl's<br>ATTN: Bankruptcy Dept.<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Kohl's<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 | LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603-0497 | Lakeview Property Mgmt.<br>190 Bowman Street<br>Morristown, TN 37813-2800 |
| Louis Hyde<br>415 Berkly Drive<br>Morristown, TN 37814-1082 | Lowland Credit Union<br>622 West 1st North Street<br>Morristown, TN 37814-4544 | MHHS<br>c/o Wakefield & Asoc.<br>P.O. Box 50250<br>Knoxville, TN 37950-0250 |
| Merrick Bank<br>P.O. Box 660702<br>Dallas, TX 75266-0702 | Midland Credit Management, Inc.<br>2365 Northside Drive, Ste. 300<br>San Diego, CA 92108-2709 | Midland Funding, LLC<br>2365 Northside Drive, Ste. 300<br>San Diego, CA 92108-2709 |
| Morristown Hamblen Healthcare System<br>908 West 4th North Street<br>P.O. Box 1178<br>Morristown, TN 37816-1178 | Morristown Hamblen Healthcare System<br>Knoxville Business Offices<br>Bldg. C, 1420 Centerpoint Bvd.<br>Knoxville, TN 37932-1960 | Morristown Tire<br>720 E. Morris Blvd.<br>Morristown, TN 37813-2444 |
| Morristown Utility System<br>441 West Main Street<br>Morristown, TN 37814-4615 | My Place Rewards<br>c/o Comenity Capital Bank<br>P.O. Box 182120<br>Columbus, OH 43218-2120 | National Fitness Center<br>P.O. Box 5376<br>Knoxville, TN 37928-0376 |
| Nissan Motor Acceptance Corp.<br>Attn: Bankruptcy<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | Old Navy/SYNCB<br>P.O. Box 530942<br>Atlanta, GA 30353-0942 | Optima Recovery Services, LLC<br>6215 Kingston Pike, Ste. B<br>P.O. Box 52968<br>Knoxville, TN 37950-2968 |
| Pinnacle Credit Svs.<br>P.O. Box 51660<br>Sparks, NV 89435-1660 | Progressive Insurance<br>PO Box 0586<br>Carol Stream, IL 60132-0586 | Regional Finance<br>1631 East Andrew Johnson Highway<br>Morristown, TN 37814-5401 |
| Reports, Inc.<br>PO Box 10305<br>Knoxville, TN 37939-0305 | Santander Consumer USA<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA Inc.<br>ATTN: Bankruptcy Dept<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Security Credit Service<br>P.O. Box 1156<br>Oxford, MS 38655-1156 | Security Financial Services<br>P.O. Box 3146<br>Spartanburg, SC 29304-3146 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |

```
(p)T MOBILE                        TN Dept of Student Loans              Tate & Kirlin
C O AMERICAN INFOSOURCE LP         c/o Tennessee Attorney Generals Office 580 MIddletown Blvd., #240
4515 N SANTA FE AVE                Bankruptcy Division                   Langhorne, PA 19047-1876
OKLAHOMA CITY OK 73118-7901        426 5th Avenue, 2nd Floor
                                   Nashville, TN 37243-0489


Trident Asset Management           (p)US BANK                            US Dept of Education
5755 Northpoint Pkwy., Ste.        PO BOX 5229                           PO Box 530229
Alpharetta, GA 30022-1136          CINCINNATI OH 45201-5229              Atlanta, GA 30353-0229



United States Trustee              University Radiologists               Verizon Wireless
800 Market Street, Suite 114       5401 Kingston Pike, #540              P.O. Box 660108
Howard H. Baker Jr. U.S. Courthouse Knoxville, TN 37919-5054             Dallas, TX 75266-0108
Knoxville, TN 37902-2303



Wakefield & Associates             Wal-Mart/SYNCB                        Webbank/Fingerghut
7005 Middlebrook Pike              P.O. Box 530927                       6250 Ridgewood Road
P.O. Box 50250                     Atlanta, GA 30353-0927                Saint Cloud, MN 56303-0820
Knoxville, TN 37950-0250



Western Shamrock Corp.             Why Not Lease It                      William F. McCormick, Sr. Cnsl
3606 W. Andrew Johnson Hwy.        2623 W. Oxford Loop                   Office of the Attorney General
Morristown, TN 37814-3603          Oxford, MS 38655-5442                 Bankruptcy Unit
                                                                         426 5th Avenue, 2nd Floor
                                                                         Nashville, TN 37243-0489


F. Scott Milligan                  John P. Newton Jr.                    Misty Dawn Wallen
PO Box 12266                       Law Offices of Mayer & Newton         1173 McFarland Street
Knoxville, TN 37912-0266           1111 Northshore Drive                 Morristown, TN 37814-3444
                                   Suite S-570
                                   Knoxville, TN 37919-4084


Richard M. Mayer                   Robert Edward Wallen
Law Offices of Mayer & Newton      1173 McFarland Street
1111 Northshore Drive              Morristown, TN 37814-3444
Suite S-570
Knoxville, TN 37919-4084
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Covington Credit                   Sprint                                T Mobile
1936 W. Morris Blvd.               P.O. Box 4191                         P.O. Box 53410
Morristown, TN 37814               Carol Stream, IL 60197                Bellevue, WA 98015



US Bank
P.O. Box 1800
Saint Paul, MN 55101
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PRA Receivables Management, LLC          End of Label Matrix
PO Box 41021                                 Mailable recipients   79
Norfolk, VA 23541-1021                       Bypassed recipients    1
                                             Total                 80
```