9/30/2019 Case 3:18-bk-30667-SHB   Doc 38-4   Filed 11/25/19 Live Database Area Entered 11/25/19 15:53:36   Desc
Exhibit 3    Page 1 of 5

CLOSED, MEANSNO, DISCH_BDBT

# United States Bankruptcy Court
## Eastern District of Tennessee (Knoxville)
### Bankruptcy Petition #: 3:18-bk-30667-SHB

|  |  |
|---|---|
| *Assigned to:* Judge Suzanne H. Bauknight | *Date filed:* 03/09/2018 |
| Chapter 7 | *Date terminated:* 08/02/2018 |
| Voluntary | *Debtor discharged:* 06/26/2018 |
| No asset | *Joint debtor discharged:* 06/26/2018 |
|  | *341 meeting:* 04/17/2018 |
|  | *Deadline for objecting to discharge:* 06/18/2018 |

*Debtor disposition:* Standard Discharge
*Joint debtor disposition:* Standard Discharge

**Debtor**
**Robert Edward Wallen**
1173 McFarland Street
Morristown, TN 37814
HAMBLEN-TN
SSN / ITIN: xxx-xx-7607

represented by **Richard M. Mayer**
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
865-588-5111
Fax : 865-588-6143
Email: mayerandnewton@mayerandnewton.com

**John P. Newton, Jr.**
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919
865- 588-5111
Fax : 865-588-6143
Email: mayerandnewton@mayerandnewton.com

**Joint Debtor**
**Misty Dawn Wallen**
1173 McFarland Street
Morristown, TN 37814
HAMBLEN-TN
SSN / ITIN: xxx-xx-3295

represented by **Richard M. Mayer**
(See above for address)

**John P. Newton, Jr.**
(See above for address)

**Trustee**
**F. Scott Milligan**
PO Box 12266
Knoxville, TN 37912
865-522-3311

**U.S. Trustee**
**United States Trustee**
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

| Filing Date | # | Docket Text |
|---|---|---|
| 03/09/2018 | 1<br>(67 pgs) | Chapter 7 Voluntary Petition for Individuals . Fee Amount $335 Filed by Richard M. Mayer on behalf of Robert Edward Wallen, Misty Dawn Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 2 | Social Security Number Certification Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 3<br>(1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 4<br>(3 pgs) | Statement of Intent. Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 5<br>(2 pgs) | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 6<br>(1 pg) | Certificate of Credit Counseling For Debtor(s) Filed by Richard M. Mayer on behalf of Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 7<br>(1 pg) | Certificate of Credit Counseling For Debtor(s) Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 8<br>(6 pgs) | Statement Regarding Payment Advices or Other Evidence of Payment. Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 9 | Debtor Declines Participation in Debtor Electronic Noticing Filed by Richard M. Mayer on behalf of Debtor Robert Edward Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 10 | Debtor Declines Participation in Debtor Electronic Noticing Filed by Richard M. Mayer on behalf of Joint Debtor Misty Dawn Wallen. (Mayer, Richard) (Entered: 03/09/2018) |
| 03/09/2018 | 11<br>(2 pgs) | Meeting of Creditors with 341(a) meeting to be held on 04/17/2018 at 02:30 PM at BK Meeting Room, First Floor Knoxville, TN. Objections for Discharge due by 06/18/2018. Objections for Dischargeability due by 06/18/2018. (Mayer, Richard) (Entered: 03/09/2018) |

| Date | Doc # | Description |
|---|---|---|
| 03/10/2018 | 12<br>(1 pg) | Creditor Request for Notices Filed by Creditor PRA Receivables Management, LLC. (Smith, Valerie) (Entered: 03/10/2018) |
| 03/13/2018 | 13 | Receipt of Voluntary Petition (Chapter 7)(3:18-bk-30667) [misc,volp7] ( 335.00) Filing Fee. Receipt number 17748361. Fee amount 335.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/13/2018) |
| 03/14/2018 | 14<br>(5 pgs) | BNC Certificate of Notice. (RE: related document(s)11 Meeting of Creditors with 341(a) meeting to be held on 04/17/2018 at 02:30 PM at BK Meeting Room, First Floor Knoxville, TN. Objections for Discharge due by 06/18/2018. Objections for Dischargeability due by 06/18/2018.) No. of Notices: 31. Notice Date 03/14/2018. (Admin.) (Entered: 03/15/2018) |
| 03/27/2018 | 15<br>(1 pg) | Creditor Request for Notices Filed by Creditor Atlas Acquisitions. (Schild, Avi) (Entered: 03/27/2018) |
| 04/03/2018 | 16 | Returned Mail: Mail originally sent on 03/14/2018 returned as undeliverable. Could not mail Form 309A to: Trident Asset Management 5755 Northpoint Pkwy., Ste. Alpharetta, GA 30022-1136. (adiuser crt) (Entered: 04/03/2018) |
| 04/11/2018 | 17<br>(6 pgs; 3 docs) | Motion for Relief from Stay . Fee Amount $181, Filed by William Stanton Massa III on behalf of Creditor Lowland Credit Union Objections due by 04/25/2018. (Attachments: # 1 Exhibit # 2 Proposed Order) (Massa, William) (Entered: 04/11/2018) |
| 04/11/2018 | 18 | Receipt of Motion for Relief From Stay(3:18-bk-30667-SHB) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 17862640. Fee amount 181.00. (re: Doc# 17) (U.S. Treasury) (Entered: 04/11/2018) |
| 04/12/2018 | 19<br>(2 pgs) | Rejected order; deficiency in order to be cured within five days by uploading a replacement order that does not provide for abandonment or file anamended motion that complies with the rules.. (RE: related document(s)17 Motion for Relief From Stay filed by Creditor Lowland Credit Union). Deadline to correct the deficiency is 4/17/2018. (vmg) (Entered: 04/12/2018) |
| 04/20/2018 | 20 | Chapter 7 Trustee's Report of No Distribution: I, F. Scott Milligan, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request |

| | | |
|---|---|---|
| | | that I be discharged from any further duties as trustee. Further, pursuant to the provisions of the Bankruptcy Code, the Trustee hereby abandons all property of the estate set forth on Schedules A and B as burdensome or of inconsequential value to the estate. 11 U.S.C. 544. Section 341 Meeting Held on 4/17/2018. Debtor appeared. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 32000.00, Assets Exempt: $ 1174.00, Claims Scheduled: $ 151879.00, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 151879.00. (Milligan, F.) (Entered: 04/20/2018) |
| 04/20/2018 | 21 (2 pgs) | Order Denying Motion For Relief From Stay (Related Doc # 17) The motion is denied without prejudice for failure to comply with the directives of the rejectedorder entered April 12, 2018. (vmg) (Entered: 04/20/2018) |
| 04/22/2018 | 22 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)21 Order Denying Motion For Relief From Stay (Related Doc 17) The motion is denied without prejudice for failure to comply with the directives of the rejectedorder entered April 12, 2018. (vmg)) No. of Notices: 2. Notice Date 04/22/2018. (Admin.) (Entered: 04/23/2018) |
| 04/26/2018 | 23 (6 pgs; 3 docs) | Motion for Relief from Stay . Fee Amount $181, Filed by William Stanton Massa III on behalf of Creditor Lowland Credit Union Objections due by 05/10/2018. (Attachments: # 1 Exhibit # 2 Proposed Order) (Massa, William) (Entered: 04/26/2018) |
| 04/26/2018 | 24 | Receipt of Motion for Relief From Stay(3:18-bk-30667-SHB) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 17917230. Fee amount 181.00. (re: Doc# 23) (U.S. Treasury) (Entered: 04/26/2018) |
| 05/02/2018 | 25 (4 pgs) | Financial Management Course Certificate Filed by John P. Newton Jr. on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen. (Newton, John) (Entered: 05/02/2018) |
| 05/14/2018 | 26 (2 pgs) | Order Granting Motion For Relief From Stay (Related Doc # 23) (rjs) (Entered: 05/14/2018) |
| 05/16/2018 | 27 (3 pgs) | BNC Certificate of Notice. (RE: related document(s)26 Order Granting Motion For Relief From Stay (Related Doc 23) (rjs)) No. of Notices: 2. Notice Date 05/16/2018. (Admin.) (Entered: 05/17/2018) |
| 06/26/2018 | 28 (2 pgs) | Order Discharging Both Debtors (RE: related document(s)11 Meeting (Chapter 7)). (vmg) (Entered: 06/26/2018) |

| | | |
|---|---|---|
| 06/28/2018 | 29 (5 pgs) | BNC Certificate of Notice. (RE: related document(s)28 Order Discharging Both Debtors (RE: related document(s)11 Meeting (Chapter 7)). (vmg)) No. of Notices: 31. Notice Date 06/28/2018. (Admin.) (Entered: 06/29/2018) |
| 07/10/2018 | 30 | Returned Mail: Mail originally sent on 06/28/2018 returned as undeliverable. Could not mail Form 318 to: Trident Asset Management 5755 Northpoint Pkwy., Ste. Alpharetta, GA 30022-1142. (adiuser crt) (Entered: 07/10/2018) |
| 08/02/2018 | 31 | BANKRUPTCY CASE CLOSED AND FINAL DECREE. The estate of the debtor(s) has been fully administered. IT IS ORDERED that the trustee is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled. The case of the above-named debtor(s) is closed. (vmg) (Entered: 08/02/2018) |
| 09/30/2019 | 32 (5 pgs; 2 docs) | Motion to Reopen Chapter 7 Case *to file Contempt Motion*. Filed by John P. Newton Jr. on behalf of Joint Debtor Misty Dawn Wallen, Debtor Robert Edward Wallen Hearing scheduled 10/24/2019 at 09:00 AM at Ctrm 1C Baker Crths Knoxville, TN. (Attachments: # 1 Proposed Order) (Newton, John) (Entered: 09/30/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/30/2019 11:53:36 | | | |
| **PACER Login:** | jn0246:2704278:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:18-bk-30667-SHB Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |