Text sent June 3, 2019

