## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MISTY WALLEN, ) | Case No:  3:18-bk-30667-SHB |
| ) | Chapter 7 |
| Debtor. ) | |

| | |
|---|---|
| State of Tennessee ) | |
| ) | |
| County of Knox ) | |

### EXHIBIT 1 - AFFIDAVIT OF JOHN P. NEWTON

Pursuant to the Court's Order entered on August 1, 2019, counsel for debtor Misty Wallen submits the following:

The undersigned, John P. Newton, Mayer & Newton attorneys, upon my personal knowledge after being duly sworn according to law make oath and state as follows:

#### I. Legal Fees

1. I am the attorney representing the debtor in his Chapter 7 petition, case # 18-30667 and I am a partner with the Law Firm of Mayer & Newton.

2. That I am personally familiar with the representation of the debtor and have performed legal services directly related to my client's request to file a Motion for Contempt against Morristown Tire and Performance, LLC.

3. Attached to this Affidavit as Exhibit A is an itemized statement of my time and description of my legal work on behalf of the debtor in this matter or attorneys in my firm.  For matters related to litigation and, as would be allowed by the Court under the Code and Rules, my hourly rate for such services is **$275** per hour and associates at **$200** per hour.

4. Based on the time spent on the Motion to Contempt issue since November 25, 2019 the total time spent was **18.65** hours for attorney fees. The total requested fees are **$4,146.25** and expenses for postage and copies are **$ 9.20**. See Exhibit A.

## II. Dead Beat List Data

### Bankruptcy cases as follows:

1. Robert Carter — 00-22011
2. Misty Wallen — **18-30667** *
3. Matt Newman — 09-52544  16-51869
4. September Storm/Garland — **12-30628** *
5. Pat Stanton — **10-51069** *
6. Taylor Ward — None
7. Joe Everette — **16-50837** (left Morristown 07-18) *
8. Chris Williams — 11-31364
9. Billy Fugate — 15-50463
10. Derrick Gibson — 17-31304

\* Listed Morristown Tire

Further Affiant saith not.

DATED: March 20, 2020

_____
John P. Newton

Sworn to and subscribed before me this 20th day of **March 2020.**

_____
Notary Public

My commission expires: March 5, 2022