
EXHIBIT
A

# MAYER & NEWTON
## STATEMENT FOR LEGAL SERVICES

**NAME: Robert & Misty Wallen    CASE NO 18-30667**

(All services provided by Kevin Newton KSN or John Newton JPN unless otherwise noted)

| DATE | INIT | SERVICES RENDERED | TIME |
|---|---|---|---|
| 08/20/19 | KSN | Phone call with client regarding dead beat list issue and concerns about failing to remove the sign. | .3 |
| 09/09/19 | KSN | Email(s) with client regarding how to resolve the issue via bankruptcy contempt Motion. | .2 |
| 09/10/19 | KSN | Review of retainer agreement for motion for contempt | .1 |
| 09/26/19 | KSN | Email(s) with client regarding contempt issue and fact timeline to assist in preparing Motion for contempt. | .2 |
| 09/30/19 | KSN | Prepare, revise and approve for filing Motion to Reopen Chapter 7 Case | .2 |
| 09/30/19 | KSN | Prepare and revise Motion for Contempt draft and meet with paralegal to set up file. | .4 |
| 11/03/19 | KSN | Reviewed Order granting Motion to Reopen Chapter 7 case | nc |
| 11/04/19 | KSN | Planned logistics of reviewing sign at Morristown Tire with paralegal to see if it was still posted to confirm continuity of effort of creditor to publicly display her name. | .2 |
| 11/20/19 | KSN | Email(s) with client regarding sign still up and final approval to file Motion for contempt. | .2 |
| 11/25/19 | KSN | Reviewed, revised and approve for filing final draft of Motion for Contempt. | .3 |
| 11/25/19 | KSN | Reviewed email from paralegal to UST about filed Motion for Contempt. | .1 |
| 12/09/19 | KSN | Email(s) with client regarding hearing and procedure for Motion. | .2 |
| 12/19/19 | JPN | Attend hearing in court on Motion. Default Order to be entered setting hearing on damages for January 9th. | .3 |
| 12/20/19 | KSN | Reviewed file status to gather information after short meeting with JPN to assist in damage hearing preparation for client to attend and any proof. | .3 |
| 12/21/19 | KSN | Review an email from client regarding contempt matter pending and also prepared emails to reply via paralegal to client to make her a list of items needed for hearing. | .4 |
| 12/23/19 | KSN | Drafted letter / reviewed corrections with JPN and paralegal that would be sent to client with Order court and advising client of hearing in January. | .5 |

| 12/31/19 | KSN | Review several detailed email(s) from client on 12/30 regarding contempt Order entered and what is next step in case to obtain any damages and types of damages allowed in detail. | .4 |
|---|---|---|---|
| 12/31/19 | KSN | Phone call with client regarding issue(s) based upon update that dead beat list still in place and how that would impact January hearing. | .5 |
| 01/02/20 | KSN | Email(s) with client regarding case status and her questions on hearing on January 9th. | .4 |
| 01/03/20 | KSN | Review Email(s) from client regarding status of case hearing set for January 9th and proof issue(s). Reply to client's questions. | .5 |
| 01/06/20 | JPN | Contact from Wayne Stambaugh to represent the Morristown Tire and discussed that client wants to settle. | .3 |
| 01/06/20 | JPN | Telephone conference with client to discuss settlement offer potential by Morristown Tire and her interest in settling case. Also discussed hearing procedure for Thursday afternoon. | .4 |
| 01/07/20 | KSN | Review file with staff for documents necessary for damage hearing. | .1 |
| 01/08/20 | KSN | Email(s) with client regarding final preparation for hearing will be to meet with JPN prior to hearing. | .1 |
| 01/09/20 | JPN | Attend morning court to discuss with court and Attorney Stambaugh resetting hearing per request of creditor counsel. | .2 |
| 01/10/20 | KSN | Reviewed file status and case preparation with staff / paralegals / JPN about hearing with Judge on 1/09 date to be reset and continued due to retention of counsel by Morristown Tire. | .2 |
| 01/10/20 | KSN | Direct that attorney Kyle Ray contact client for appointment to discuss case contempt proof. | .1 |
| 01/10/20 | KSN | Email(s) with client regarding proof for contempt damage hearing reset for 2/20. | .2 |
| 02/06/20 | KSN | Review email from creditor attorney to ask for discussion to settle. | .1 |
| 02/10/20 | KSN | Email(s) with creditor attorney on possible settlement. | .2 |
| 02/10/20 | KSN | Received phone message from creditor attorney and reviewed message about settlement offer. | .1 |
| 02/12/20 | KSN | Review all file documents and assemble all file notes and records to organize case for damage hearing. Give file to staff to complete organization. | .4 |
| 02/15/20 | KSN | Email to creditor attorney to address offer to settle. | .1 |
| 02/17/20 | KSN | Review another email from creditor attorney on upcoming contempt damage hearing. | .1 |

2

| 02/17/20 | KSN | Phone call with creditor attorney regarding the upcoming hearing date / settlement discussions | .2 |
| 02/17/20 | KSN | In-office discussion with Wayne Stambaugh regarding case status and possible settlement. | .3 |
| 02/18/20 | KSN | Discussion with staff and JPN about client's case | .2 |
| 02/18/20 | KSN | Review of file / creation of hearing notebook and related history notes for hearing / discussion with attorneys on proof for damage hearing. | 4.5 |
| 02/18/20 | JPN | Prepare for damage trial by calling client to go over process in court. | .3 |
| 02/19/20 | KSN | Final review of file / completion of notebook and notes for hearing / discussion with attorneys and staff regarding case | .2 |
| 02/20/20 | JPN | Meet client prior to hearing to go over testimony and show her the Pacer bankruptcy case research. | .5 |
| 02/20/20 | JPN | Attend damage trial hearing in court. | 2.00 |
| 02/20/20 | JPN | Travel time to office from court. .3 time billed at 1/2 | .15 |
| 02/21/20 | KSN | Email(s) with client regarding post hearing procedure to file fee application, affidavit and supplemental brief. | .3 |
| 02/21/20 | KSN | Review of case with JPN to discuss supplemental brief and required research for cases to supply on punitive damages. | .2 |
| 02/21/20 | JPN | Review notes from court hearing for items to complete and set deadlines. | .1 |
| 03/02/20 | JPN | Draft affidavit for legal fees and bankruptcy case information. | .5 |
| 03/20/20 | JPN | Revise and approve for filing supplemental brief and Affidavit on prior bankruptcy filings on Dead Beat list. | .8 |
| 03/20/20 | JPN | Update and revise and approve for filing final fee affidavit for Mayer & Newton. | .5 |

**TOTAL ATTORNEY FEES:**
JPN **5.55** hours at $275/hour  $1,526.25

KSN **13.10** hours @200/hour  $ 2,620.00

EXPENSES:   copies and postage: $9.20

TOTAL FEES & EXPENSES:  $4,155.45

3