IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

| | |
|---|---|
| IN RE:  )  <br>  )  <br> ROBERT WALLEN, and  )  <br> MISTY WALLEN,  )  <br>     Debtors.  ) | Case No: 3:18-bk-30667-SHB  <br> Chapter 7 |

## NOTICE OF COMPLIANCE

Comes now Mayer & Newton and would inform the Court that Morristown Tire remitted the total damages awarded to the Debtors in the amount of $3,519.11 on or before July 13, 2020.

**DATED** this the 22nd day of July 2020

**RESPECTFULLY SUBMITTED BY:**

/s/ John P. Newton
John P. Newton, BPR # 010817
/s/ Richard M. Mayer
Richard M. Mayer, BPR # 005534
LAW OFFICES OF MAYER & NEWTON
Attorneys for Debtors
1111 Northshore Drive, S-570
Knoxville, TN 37919
(865) 588-5111 Telephone

1

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and exact copy of the foregoing **Notice** has been forwarded to the following:

| | |
|---|---|
| Tiffany Dilorio<br>Office of United States Trustee | (Email) |
| Wayne R. Stambaugh<br>PO Box 1896<br>Morristown, TN 37816-1896 | (Via ECF) |

Dated: July 22, 2020

                                            /s/ John P. Newton
                                            John P. Newton, BPR #010817
                                            Law Office of Mayer & Newton